158

 opinion
filed December 15, 1948; released for publication January 5, 1949. Clausen, Hirsh & Miller, for appellant; Lord, Bissell & Kadyk, for appellee; Harold E. Baily, of counsel. Opinion by JUSTICE LEWE. **Not to be published in full.**

## Helen Schmidt, Appellant, v. Fred Langer and Rose Langer, Appellees.

### Gen. No. 44,507.

opinion filed December 15, 1948; released for publication January 5, 1949. Errett O. Graham, for appellant; Lawrence W. Harris, of counsel; Burt A. Crowe, for appellees; Carl E. Abrahamson, of counsel. Opinion by JUSTICE LEWE. **Not to be published in full.**